1
2
3
4
5
6
7

**FILED**
CLERK, U.S. DISTRICT COURT

6/8/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ CW _____ DEPUTY

8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

11   EMMANUEL VASQUEZ,                    )  Case No. CV 12-2167 MWF(JC)
                                          )
12                    Petitioner,         )  ORDER ACCEPTING FINDINGS,
                                          )  CONCLUSIONS, AND
13            v.                          )  RECOMMENDATIONS OF
                                          )  UNITED STATES MAGISTRATE
14   TIM VIRGA, WARDEN,                   )  JUDGE
                                          )
15                                        )
                                          )
16                    Respondent.         )
17   _____

18          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of

19   Habeas Corpus by a Person in State Custody ("Petition"), and all of the records

20   herein, including the attached Report and Recommendation of United States

21   Magistrate Judge ("Report and Recommendation"), and petitioner's objections to

22   the Report and Recommendation ("Objections").  The Court has further made a *de*

23   *novo* determination of those portions of the Report and Recommendation to which

24   objection is made.  The Court concurs with and accepts the findings, conclusions,

25   and recommendations of the United States Magistrate Judge and overrules the

26   Objections.

27          IT IS ORDERED that Judgment be entered denying the Petition and

28   dismissing this action with prejudice.

1   IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the

2   Report and Recommendation, and the Judgment herein on petitioner and counsel

3   for respondent.

4   LET JUDGMENT BE ENTERED ACCORDINGLY.

5

6   DATED: June 8, 2015

7

8   _____

9   HONORABLE MICHAEL W. FITZGERALD
    UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2