JS-6

FILED
CLERK, U.S. DISTRICT COURT

6/8/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10
11

| | |
|---|---|
| EMMANUEL VASQUEZ, | ) Case No. CV 12-2167 MWF(JC) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| TIM VIRGA, WARDEN, | ) |
| Respondent. | ) |

12
13
14
15
16
17

18
19      Pursuant to this Court's Order Accepting Findings, Conclusions and
20 Recommendations of United States Magistrate Judge,
21      IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and
22 this action is dismissed with prejudice.
23

24      DATED: June 8, 2015
25
26      _____
27      HONORABLE MICHAEL W. FITZGERALD
        UNITED STATES DISTRICT JUDGE
28